1  JONATHAN ALLAN KLEIN (SBN 162071)
   jaklein@kelher.com
2  ANNMARIE M. LIERMANN (SBN 215116)
   aliermann@kelher.com
3  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
4  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
5  Fax: (415) 391-7808

6

7  Attorneys for Defendant
   Thrifty Payless Inc. dba Rite Aid
   (erroneously sued as "Rite Aid, Inc.")
8

9              UNITED STATES DISTRICT COURT FOR THE

10                NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12 VINCENT ARNESS,                    )  Case No.: C 07-01077 PVT
                                      )
13         Plaintiff,                 )  STIPULATION AND [PROPOSED] ORDER
                                      )  TO REMAND
14    vs.                             )
                                      )
15 RITE AID, INC. and Does 1 to 10,   )
                                      )
16         Defendant                  )
                                      )
17 ─────────────────────────────

18         The parties hereby stipulate to the remand of this matter to the Superior Court for

19 the State of California, County of Monterrey.

20         Plaintiff also hereby agrees to withdraw his Motions to Amend and Remand,

21 presently set for May 1, 2007.

22 DATED: April 9, 2007            KELLY, HERLIHY & KLEIN, LLP

23

24                                 *[signature]*

25                                 JONATHAN ALLAN KLEIN
                                   ANNMARIE M. LIERMANN
26                                 Attorneys for Defendant
                                   THRIFTY PAYLESS, INC. DBA RITE AID
27                                 (erroneously sued as "Rite Aid, Inc.")

28

DATED: April 5, 2007

RUCKA, O'BOYLE, LOMBARDO & MCKENNA

_____
CHERYL P. WEINER
Attorney for Plaintiff VINCENT ARNESS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 10, 2007

_____
MAGISTRATE PATRICIA V. TRUMBULL
Magistrate of the United States District Court,
Northern District of California

STIPULATION AND
[PROPOSED] ORDER TO REMAND

CASE NO. C 07-01077 PVT

2